■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHELDON W. CROGAN, Appellant, v THOMAS M. POOLE, as Superintendent of Five Points Correctional Facility, Respondent. [825 NYS2d 651]— Appeal from a judgment (denominated order) of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), entered September 22, 2005 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Centra and Green, JJ.